# AFFIDAVIT OF SERVICE

| Case: 22-cv-7521 | Court: United States District Court for the District of New Jersey | County: District Of New Jersey | Job: 8242271 |
|---|---|---|---|
| **Plaintiff / Petitioner:** Boris Shihinski | | **Defendant / Respondent:** Wells Fargo Bank, NA and Block, Inc | |
| **Received by:** South Dakota Professional Services LLC | | **For:** Schlanger Law Group, LLP | |
| **To be served upon:** Wells Fargo Bank, NA | | | |

I, Zac Appletoft, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Wells Fargo Bank, NA , Company: 101 N Phillips Ave, Sioux Falls, SD 57104
**Manner of Service:** Business, Jan 17, 2023, 10:52 am CST
**Documents:** Summons In A Civil Case, Summons In A Civil Action, Complaint (Received Jan 16, 2023 at 10:00am CST)

**Additional Comments:**
1) Successful Attempt: Jan 17, 2023, 10:52 am CST at Company: 101 N Phillips Ave, Sioux Falls, SD 57104 received by Tedra Baymiller, Customer Service Mgr for Wells Fargo Bank, NA . Ms. Baymiller stated she is authorized to accept service for the company, and the normal person to do so on this day.
Age: 30s; Ethnicity: Caucasian; Gender: Female; Weight: 150; Height: 5'10"; Hair: Brown;

Zac Appletoft   1-17-23
Zac Appletoft   Date

Zac Appletoft
C/O South Dakota Professional Services LLC
401 E 8th St Ste MR 515
Sioux Falls, SD 57103

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public
1-17-23     6-6-25
Date     Commission Expires

This affidavit was signed by electronic signature at a remote location in Sioux Falls, SD. As the notary I have personal knowledge of the individual due to my relationship with him/her. I positively identified the person whose name is subscribed to the within instrument, appeared before me not in my physical presence but by means of video communication technology, and I observed his/her execution of the same for the purposes contained therein and confirm that I affix my seal to the same instrument so executed.



ERIC HURLBURT
NOTARY PUBLIC
SOUTH DAKOTA
My Commission Expires 6-6-25