# Ballard Spahr LLP

700 East Gate Drive, Suite 330
Mount Laurel, NJ 08054-0015
TEL 856.761.3400
FAX 856.761.1020
www.ballardspahr.com

Justin E. Kerner
Senior Attorney
Tel: 856.761.3448
kernerj@ballardspahr.com

January 31, 2023

*By Electronic Filing*

The Hon. William J. Martini, District Judge
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

    **Re:**    *Shihinski v. Wells Fargo Bank, N.A., et al.*
              **Case No. 2:22-cv-07521-WJM-CLW**

Dear Judge Martini:

Ballard Spahr LLP represents Defendant Wells Fargo Bank, N.A. ("Wells Fargo") in the above-referenced action. We are writing to request a 30-day extension of the deadline by which Wells Fargo must answer or otherwise respond to the Complaint. If the Court grants this request, then Wells Fargo's answer or response will be due by March 9, 2022.

Plaintiff's counsel, who is copied here via electronic filing, consents to this request.

We appreciate the Court's time and consideration.

Respectfully submitted,

*s/Justin Kerner*

Justin Kerner

cc:    Daniel Schlanger, Plaintiff's Counsel (*via CM/ECF*)


**SO ORDERED:**                                                          **WILLIAM J. MARTINI, DISTRICT JUDGE**

A PA Limited Liability Partnership | Jeffrey S. Beenstock, Managing Partner

DMFIRM #406511908 v1