**HARTMANN DOHERTY
ROSA BERMAN & BULBULIA**
Limited Liability Company        Attorneys At Law

433 Hackensack Avenue, Ste. 1002
Hackensack, New Jersey 07601
t: 201.441.9056
f: 201.441.9435
www.hdrbb.com

New York Office
1270 Avenue of the Americas, Ste. 816
New York, New York 10020
t: 212.344.4619

Short Hills Office
830 Morris Turnpike, 3rd Floor
Short Hills, New Jersey 07078
t: 973.467.1325

Rockland Office
2 Executive Boulevard, Ste. 300
Suffern, New York 10901-8219
t: 845.357.7900

March 22, 2023

<u>**VIA ECF**</u>

Hon. William J. Martini, U.S.D.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

        Re:    *Boris Shihinki v. Wells Fargo Bank, N.A. and Block, Inc.*
              **Docket No. 22-cv-7521**

Dear Judge Martini:

      This firm represents Defendant Block, Inc. in the above-referenced action. Block respectfully requests a brief extension of the time within which Block must answer or otherwise respond to the Complaint. The current deadline is April 3, 2023, and Block requests that the deadline be extended to April 21, 2023.

      **Plaintiff's counsel has consented to this extension request.**

                                    Respectfully submitted,

                                    s/ Jeremy B. Stein

                                    Jeremy B. Stein

cc:    Counsel of Record (via ECF)

  SO ORDERED:                                    _____

                                                      Hon. William J. Martini, U.S.D.J.