# Ballard Spahr
### LLP

700 East Gate Drive, Suite 330
Mount Laurel, NJ 08054-0015
TEL 856.761.3400
FAX 856.761.1020
www.ballardspahr.com

Justin E. Kerner
Senior Attorney
Tel: 856.761.3448
kernerj@ballardspahr.com

March 30, 2023

*By Electronic Filing*

The Hon. William J. Martini, District Judge
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re:** *Shihinski v. Wells Fargo Bank, N.A., et al.*
**Case No. 2:22-cv-07521-WJM-CLW**

Dear Judge Martini:

Ballard Spahr LLP represents Defendant Wells Fargo Bank, N.A. ("Wells Fargo") in the above-referenced action. We write to request a third extension of the deadline by which Wells Fargo must answer or otherwise respond to the Complaint. If the Court grants this request, Wells Fargo's answer/response will be due by April 21, 2023—the same date by which Defendant Block, Inc. will answer or respond if its request for extension is granted. (*See* ECF No. 14.)

Plaintiff's counsel consents to this request. We appreciate the Court's time and consideration.

Respectfully submitted,

*s/Justin Kerner*

Justin Kerner

cc:     Daniel Schlanger, Plaintiff's Counsel (*via CM/ECF*)
        Jeremy Baruch Stein, Block, Inc.'s Counsel (*via CM/ECF*)

**SO ORDERED:**

_____

**WILLIAM J. MARTINI, DISTRICT JUDGE**

A PA Limited Liability Partnership | Jeffrey S. Beenstock, Managing Partner

DMFIRM #407214759 v1