**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BORIS SHIHINSKI,<br><br>  Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., *et al.*,<br><br>  Defendants. | Civil Action No. 2:22-cv-07521-WJM-CLW |

**STIPULATION AND CONSENT ORDER**

**THIS MATTER** having come before the Court by the agreement and upon the joint application of Plaintiff Boris Shihinski ("Plaintiff") and Defendant Wells Fargo Bank, N.A. ("Wells Fargo"), and Plaintiff and Wells Fargo having agreed, through their respective undersigned counsel, to enter into binding arbitration of Plaintiff's claims against Wells Fargo; and good cause having been shown;

**IT IS THIS** _____ day of _____, 2023 hereby:

**ORDERED** that Plaintiff and Wells Fargo are to submit their dispute to arbitration with the American Arbitration Association ("AAA") pursuant to the applicable AAA Rules; and it is further

**ORDERED** that Plaintiff's claims against Wells Fargo in the above-captioned matter are stayed pending resolution in arbitration pursuant to 9 U.S.C. § 3.

**IT IS SO ORDERED.**

_____
**WILLIAM J. MARTINI, DISTRICT JUDGE**

The undersigned counsel hereby consent to the substance and form of this Order, and to its immediate entry upon the docket.

| | |
|---|---|
| s/ Daniel Adam Schlanger | s/ Justin Kerner |
| Daniel Adam Schlanger, Esquire | Justin Kerner, Esquire |
| Schlanger Law Group, LLP | Ballard Spahr LLP |
| 80 Broad Street, Suite 1301 | 700 East Gate Drive, Suite 330 |
| New York, NY 10004 | Mount Laurel, NJ  08054-0015 |
| *dschlanger@consumerprotection.net* | *kernerj@ballardspahr.com* |
| Telephone: (212) 500-6114 | Telephone: (856) 761-3448 |
| | |
| *Counsel for Plaintiff Boris Shihinski* | *Counsel for Defendant Wells Fargo Bank, N.A.* |
| | |
| Dated:  May 10, 2023 | Dated:  May 10, 2023 |

2