```
                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF NEW JERSEY
```

------------------------------X
BORIS SHIHINSKI,

       Plaintiff,                        2:22-CV-7521 WJM

v.

                                    **O R D E R**

WELLS FARGO, N.A., et al.,

       Defendants.
------------------------------X

    A Report and Recommendation was filed on October 23, 2023, recommending that Defendant Block, Inc.'s Motion to Compel Arbitration (ECF # 20) be granted, Plaintiff's claims against Defendant Block, Inc. be dismissed without prejudice, and the parties be directed to submit Plaintiff's claims to binding arbitration.

    The parties were notified that they had fourteen (14) days to submit objections pursuant to Local Rule 72.1 (c)(2); no objection or responses having been received by the Court and the Court having reviewed the Report and Recommendation, and for good cause shown;

    It is on this 21st day of November 2023,

    **ORDERED** that the Report and Recommendation of Magistrate Judge Cathy L. Waldor is adopted as the Opinion of this Court; and it is further

    **ORDERED** that Defendant Block, Inc.'s Motion to Compel Arbitration (ECF # 20) is granted; and it is further

    **ORDERED** that Plaintiff's claims against Defendant Block, Inc. are dismissed without prejudice; and it is further

    **ORDERED** that Plaintiff and Defendant Block, Inc. are directed to submit Plaintiff's claims to binding arbitration in accordance with Section 21 of the General TOS applicable to Plaintiff's Cash App account.

                                            /s/ William J. Martini
                                     WILLIAM J. MARTINI, U.S.D.J.